Same case below, 367 Fed. Appx. 791.

**No. 10-39. Robert Girts, Petitioner v. Chris Yanai, Warden.**

562 U.S. 891, 131 S. Ct. 247, 178 L. Ed. 2d 138, 2010 U.S. LEXIS 6818.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 600 F.3d 576.

**No. 10-40. Ronald Julian Hanson, et ux., Petitioners v. Gary W. B. Chang, Judge, Circuit Court of Hawaii, First Circuit, et al.**

562 U.S. 891, 131 S. Ct. 247, 178 L. Ed. 2d 138, 2010 U.S. LEXIS 6981.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Hawaii denied.

**No. 10-41. Michael A. Marcavage, Petitioner v. Massachusetts.**

562 U.S. 891, 131 S. Ct. 247, 178 L. Ed. 2d 138, 2010 U.S. LEXIS 6410.

October 4, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 76 Mass. App. 34, 918 N.E.2d 855.

**No. 10-42. David Joe Shelton, Petitioner v. United States.**

562 U.S. 891, 131 S. Ct. 248, 178 L. Ed. 2d 138, 2010 U.S. LEXIS 5998.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 431.

**No. 10-43. John Sophocleus, et ux., Petitioners v. Margie Champion Todd, et al.**

562 U.S. 891, 131 S. Ct. 248, 178 L. Ed. 2d 138, 2010 U.S. LEXIS 6369.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 371 Fed. Appx. 996.

**No. 10-44. John Ray Sain, Petitioner v. Texas.**

562 U.S. 891, 131 S. Ct. 248, 178 L. Ed. 2d 138, 2010 U.S. LEXIS 6211.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-45. Robert A. Stonerock, Petitioner v. United States.**

562 U.S. 891, 131 S. Ct. 248, 178 L. Ed. 2d 138, 2010 U.S. LEXIS 6255.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 363 Fed. Appx. 338.